IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NEWSMAX BROADCASTING, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>FOX CORPORATION and FOX NEWS NETWORK, LLC<br><br>*Defendants.* | Case No. 25-cv-81091-AMC |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Newsmax Broadcasting, LLC discloses that it is a wholly owned subsidiary of Newsmax Media Inc., which is a wholly owned subsidiary of Newsmax Inc.  Newsmax Inc. is a publicly held corporation.

Newsmax reserves the right to amend, correct and update these disclosures as necessary during the pendency of this action.

Dated:  September 4, 2025

Respectfully submitted,

*/s/ Samuel J. Randall*
Samuel J. Randall (0056864)
SPERLING KENNY NACHWALTER, LLC
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
E-mail:  srandall@sperlingkenny.com

***Counsel for Plaintiff Newsmax Broadcasting, LLC***

687187 1