UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-81091-CIV-CANNON

**NEWSMAX BROADCASTING, LLC,**

    Plaintiff,

v.

**FOX CORPORATION**
and **FOX NEWS NETWORK, LLC,**

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES AND SETTING TYPEFACE REQUIREMENTS

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of September 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record