**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-81091-AMC**

NEWSMAX BROADCASTING, LLC

*Plaintiff,*

      v.

FOX CORPORATION and
FOX NEWS CHANNEL

*Defendants.*

_____/

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

     Plaintiff Newsmax Broadcasting, LLC, ("Newsmax") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that all claims asserted by Newsmax in the above-styled action are hereby dismissed **without** prejudice. This notice of dismissal without prejudice is appropriate under Rule 41 because no Defendant has served an answer or a motion for summary judgment.

Dated: September 11, 2025

Respectfully submitted,

/s/ Agustina Kloosterboer
Agustina Kloosterboer (Florida Bar No. 1011017)
Samuel J. Randall (Florida Bar No. 0056864)
SPERLING KENNY NACHWALTER LLC
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel:     (305) 373-1000
Email:  akloosterboer@sperlingkenny.com
          srandall@sperlingkenny.com

Michael J. Guzman (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C.  20036
Tel:     (202) 326-7910
E-mail: mguzman@kellogghansen.com

***Attorneys for Plaintiff Newsmax
Broadcasting, LLC***

686429